UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GAMBOA, <br>     Plaintiff, <br><br>     vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br>     Defendant. | ) CIVIL NO. 8:20-cv-00497-GJS <br> ) <br> ) **[PROPOSED]** <br> ) **JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: October 8, 2020

                                              GAIL J. STANDISH
                                              UNITED STATES DISTRICT JUDGE