UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RAMIRO GAMBOA,

Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

Defendant.

No. 8:20-cv-00497-GJS

**[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS**

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND FIVE HUNDRED FORTY-EIGHT DOLLARS and EIGHTEEN CENTS ($3,548.18), and costs under 28 U.S.C. §1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

DATED: October 19, 2020

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE